# First District Court of Appeal
## State of Florida

_____

No. 1D2022-1799
_____

KEITH ENGLISH and MARIE
ENGLISH,

    Appellants,

    v.

FIRST PROTECTIVE INSURANCE
COMPANY,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

November 9, 2023


PER CURIAM.

    AFFIRMED.

ROWE, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John E. Booth and Brent F. Bradley of Walborsky, Bradley & Fleming, PLLC, Pensacola; Jeffrey P. Gill of Vernis & Bowling of Northwest Florida, P.A., Pensacola, for Appellants.

Elizabeth K. Russo and Paulo R. Lima of Russo Appellate Firm, P.A., Miami; Esperanza Diaz Briscoe of Briscoe Ortiz Zuluaga, PLLC, Miami, for Appellee.